FILED
CLERK, U.S. DISTRICT COURT
12/4/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: dl DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONET NICOLE SHIELDS,

Defendant.

Case No. 14-CR-0110-JFW

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒ the appearance of defendant as required; and/or

☒ the safety of any person or the community.

//

//

//

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk to the safety of other persons or the community is based on:

- Instant allegations in violation petition which are similar to underlying offense conviction

☒ Defendant is a risk of flight, and the Court finds that defendant has not met his burden of establishing by clear and convincing evidence that he is not such a risk. The risk of flight is based on:

- Instant allegations in violation petition
- Active no-bail warrant
- Failure to appear in court in August 2015

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 12/04/2017

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE